**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS | : | No. 373 WAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (CLAPPER) | : | |
| | : | |
| | : | |
| PETITION OF:  SHANE CLAPPER | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.